# In The United States Court of Federal Claims

No. 11-98C

(Filed: February 16, 2011)

_____

HALLMARK-PHOENIX 3, LLC,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Friday, February 18, 2011, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.  Before this conference, the parties shall review the following decisions: *Sharman Co., Inc. v. United States*, 2 F.3d 1564, 1568-69 (Fed Cir. 1993), and *Jones Automation, Inc. v. United States*, 92 Fed. Cl. 368, 371-72 (2010).

    **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge