# In The United States Court of Federal Claims

No. 11-98C

(Filed: March 7, 2011)

_____

HALLMARK-PHOENIX 3, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 3, 2011, defendant filed an unopposed motion to reset filing deadlines. The motion is hereby **GRANTED**. Accordingly:

1. On or before March 15, 2011, defendant shall file the administrative record on CD-ROM, and shall effectuate service to plaintiff via messenger;

2. On or before March 29, 2011, plaintiff shall file its response to defendant's motion to dismiss;

3. On or before April 5, 2011, defendant shall file its reply to plaintiff's response to the motion to dismiss; and

4. Defendant represented and agreed not to extend any final offers to prospective employees involved in this matter until the end of April.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge