# In The United States Court of Federal Claims

No. 11-98C

(Filed: April 8, 2011)

_____

HALLMARK-PHOENIX 3, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic oral argument on defendant's motion to dismiss will be held in this case on Thursday, April 28, 2011, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled oral argument time.

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge