# In The United States Court of Federal Claims

No. 11-98C

(Filed: April 15, 2011)

_____

HALLMARK-PHOENIX 3, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 14, 2011, plaintiff filed a motion for preliminary injunction. Based on its prior discussions with the parties, the court's understanding is that the parties agreed that the jurisdictional issues in this case would be resolved before the court would consider any motions seeking equitable relief. On or before, April 18, 2011, plaintiff shall file a statement with the court explaining whether that is still its understanding or whether, instead, its filing of a motion for preliminary injunction reflects either changed circumstances or, at least, a change in its position regarding how this case should proceed. Following the receipt of this statement, the court will issue an order setting a briefing schedule for plaintiff's motion for preliminary injunction.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge