# In The United States Court of Federal Claims

No. 11-98C

(Filed: May 2, 2011)

_____

HALLMARK-PHOENIX 3, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On April 28, 2011, oral argument on defendant's motion to dismiss was held in this case. Participating in this conference were Mr. Bryant Steven Banes, for plaintiff, and Mr. Christopher Andrew Bowen, for defendant. Based on discussions during the argument, it was agreed that:

    1.    On or before May 6, 2011, defendant shall file its response to plaintiff's motion for a preliminary injunction; and

    2.    On or before May 12, 2011, plaintiff shall file its reply to defendant's response.

**IT IS SO ORDERED.**

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge