# In The United States Court of Federal Claims

No. 11-98C

(Filed: May 25, 2011)
_____

HALLMARK-PHOENIX 3, LLC,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ERRATA**
_____

      Please correct the following error in the opinion filed on May 24, 2011, in the above captioned action:  on page 13 of the opinion, in lines 8 and 9 of footnote 15, delete the parenthetical "(incidentally, this appears to have been true in *Santa Barbara*, as well)."

      **IT IS SO ORDERED.**


                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge